UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

Consul General of Guatemala
106 Foster Dr., Suite A
Del Rio, Texas 778840
Consulate General of Guatemala

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: May 30, 2019
Case Number: 5:19−mj−00991
Document Number: 19



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

DIANA SONG QUIROGA  
U.S. MAGISTRATE JUDGE

1300 VICTORIA STREET  
LAREDO, TEXAS 78040  
TEL: (956) 726-2242

May 30, 2019

Consul General of Guatemala  
106 Foster Dr., Suite A  
Del Rio, Texas 778840  
Consulate General of Guatemala

Dear Consulate,

I am writing this letter to inform your office that Rony Garcia–Puac, a citizen of Guatemala, is being held as a material witness in USA vs. Andy Driver, Devonte Alexander Kones, case no. 5:19–mj–00991, in the Laredo Division of the U.S. District Court, Southern District of Texas.

Sincerely,

*Diana Song Quiroga*

Diana Song Quiroga  
U.S. Magistrate Judge