UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Case No. 5:19–mj–00991 |
| | § | |
| Andy Driver, Devonte Alexander Kones | § | |

## ORDER APPOINTING COUNSEL

     Because the Material Witness(es), Carlos G. Benitez, have satisfied this court that (s)he is financially unable to employ counsel and does not wish to waive counsel, and because the interests of justice so require, an attorney is hereby **APPOINTED** to represent this person in the above designated case.

### Attorney appointed: Adriana Maddox

     The appointment **SHALL** remain in effect until terminated or a substitute attorney is appointed or makes an appearance herein on behalf of the Material Witness(es).

Signed on May 30, 2019.

_____
DIANA SONG QUIROGA
UNITED STATES MAGISTRATE JUDGE